AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

*JUDGMENT OF ACQUITTAL*

CASE NUMBER: 5:00–cr–00500–HL–CHW

UNITED STATES OF AMERICA

v.

JANE DOE,

The Defendant was found not guilty. IT IS ORDERED that the Defendant is aquitted, discharged, and any bond exonerated.

/s/ *Hugh Lawson*
Signature of Judge

Hugh Lawson, Judge
Name & Title of Judge

October 21, 2013
Date